IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



FILED
APR 22 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

BRIAN T. KENNEY

Case No. 2:19mj234
Court Date: May 6, 2019

### CRIMINAL INFORMATION

#### COUNT ONE
(Misdemeanor)- Violation Notice No. 6882556

THE UNITED STATES ATTORNEY CHARGES:

That on or about March 1, 2019, at Dam Neck Annex, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, BRIAN T. KENNEY, did unlawfully possess or cause to be present firearms in a federal facility.

(In violation of Title 18, United States Code, Section 930).

#### COUNT TWO
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about March 1, 2019, at Dam Neck Annex, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, BRIAN T. KENNEY, did willfully violate a defense property security regulation: Chief of Naval Operations Instruction 5530.14E, to wit: Transporting and introducing firearms onboard a United States Navy installation without proper authorization.

(In violation of Title 50, United States Code, Section 797 and Chief of Naval Operations Instruction 5530.14E).

## COUNT THREE
(Petty Offense)

THE UNITED STATES ATTORNEY CHARGES:

That on or about March 1, 2019, at Dam Neck Annex, Virginia Beach, Virginia, in and on federal property in the Eastern District of Virginia, the defendant, BRIAN T. KENNEY, did fail to comply with official signs of a prohibitory, regulatory, or directory nature.

(In violation of Title 41, Code of Federal Regulations, Section 102-74.385).

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: *[signature]*
James T. Cole
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Cole@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*[signature]*
James T. Cole
Special Assistant U. S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Cole@usdoj.gov

22 April 2019
Date